B18W (10/05)

# United States Bankruptcy Court

Northern District of Illinois
Case No. 04–02341
**Chapter 13**

In Re

Debtor*
David Wichert
7335 W 79th St Apt 2A
Bridgeview, IL 60455

Social Security No.:
xxx–xx–0731

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: May 2, 2007            Kenneth S. Gardner, Clerk
                              United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

---

*Set forth all names, including trade names, used by the debtor within the last 8 years. (Federal Rule of Bankruptcy Procedure 1005).*

Form B18W continued (10/05)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

## Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 04-02341    Doc 22    Filed 05/02/07    Entered 05/04/07 23:44:44    Desc Imaged
                           Certificate of Service    Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: froman                  Page 1 of 2            Date Rcvd: May 02, 2007
Case: 04-02341                 Form ID: b18w                 Total Served: 33

The following entities were served by first class mail on May 04, 2007.
db         +David Wichert,    7335 W 79th St Apt 2A,    Bridgeview, IL 60455-1537
aty        +Ernesto D Borges,    Law Offices of Ernesto Borges,    105 W Madison Street,    23rd Floor,
             Chicago, IL 60602-4818
tr         +Marilyn O Marshall,    224 South Michigan Ste 800,    Chicago, IL 60604-2503
8048612    +American General Financial Services of IL,    20 North Clark Suite 2600,    Chicago, IL 60602-5106
7695743    +Blatt, Hasenmiller, Leisbker & Moor,    2 N. Lasalle St Ste 900,    Chicago, IL 60602-4059
7695746    +CITI,    P.O. BOX 6500,    Sioux Falls, SD 57117-6500
7695747    +COMCAST,    POB 173885,    DENVER, CO 80217-3885
7695744    +Cbusasears,    13200 Smith Rd,    Cleveland, OH 44130-7802
8040458    +Collins Financial Srv Inc,    c/o Creditors Bankruptcy Service,    PO Box 740933,
             Dallas, TX 75374-0933
7695748    +Cub Foods,    C/O National Recovery,    6225 University Ave,    Fridley, MN 55432-4914
7873494    +Ford Motor Credit,    PO Box 6508,    Mesa, AZ 85216-6508
8062241     Ford Motor Credit Company,    Rubin & Rothman LLC,    1787 Veterans Memorial Highway,
             Islandia, New York 11749
7695750    +Gtwy/Cbusa,    PO Box 7038,    Sioux Falls, SD 57117-7038
7873495    +ICS,    PO Box 646,    Oak Lawn, IL 60454-0646
7873496    +Midwest Oral and Maxifacial Surgery,    7400 College Avenue,    Palos Heights, IL 60463-2447
7695753     NCO Financial Systems, Inc.,    P.O. Box 13570,    Philadelphia, PA 19101-3570
7695752     National City Bank,    PO Box 1030,    Lansing, MI 48915
7873497    +Professional Account Management,    Collection Services Division,    PO Box 391,
             Milwaukee, WI 53201-0391
7873498    +Quest Diagnostics,    PO Box 64500,    Baltimore, MD 21264-4500
7695754     Sears Dental,    13320 Smith Rd.,    Cleveland, OH 44130
7695756    +T-Mobile,    PO Box 37380,    Albuquerque, NM 87176-7380
7873499    +T-Mobile,    PO Box 742596,    Cincinnati, OH 45274-2596
7873438    +William Wichert,    7335 W 79th St,    Apt 1B,    Bridgeview, IL 60455-1537
The following entities were served by electronic transmission on May 03, 2007.
cr         +EDI: BLINE.COM May 02 2007 23:14:00      B-First, LLC,    Mail Stop 550,    2101 4th Ave., Suite 900,
             Seattle, WA 98121-2339
7695742    +Fax: 773-445-7940 May 03 2007 02:46:04      American General Finance,    11844 South Western,
             Chicago, IL 60643-4734
9027623    +EDI: BLINE.COM May 02 2007 23:14:00      B-First, LLC,    Mail Stop 550,
             2101 Fourth Avenue, Suite 900,    Seattle, WA 98121-2339
7695745    +EDI: CHASE.COM May 02 2007 23:14:00      CHASE NA,    4915 INDEPENDENCE PARKWAY,
             Tampa, FL 33634-7518
7695746    +EDI: CITICORP.COM May 02 2007 23:14:00      CITI,    P.O. BOX 6500,    Sioux Falls, SD 57117-6500
7695744    +EDI: SEARS.COM May 02 2007 23:14:00      Cbusasears,    13200 Smith Rd,    Cleveland, OH 44130-7802
8040458    +EDI: CFSX.COM May 02 2007 23:14:00      Collins Financial Srv Inc,
             c/o Creditors Bankruptcy Service,    PO Box 740933,    Dallas, TX 75374-0933
7873494    +EDI: FORD.COM May 02 2007 23:14:00      Ford Motor Credit,    PO Box 6508,    Mesa, AZ 85216-6508
7695749    +EDI: TSYS.COM May 02 2007 23:14:00      Gecap/Sams,    2323 N Central Exp,
             Richardson, TX 75080-2712
7796447    +EDI: CBSKOHLS.COM May 02 2007 23:14:00      Kohl's Department Store,
             c/o Creditors Bankruptcy Service,    PO Box 740933,    Dallas, TX 75374-0933
7695751    +EDI: CBSKOHLS.COM May 02 2007 23:14:00      Kohls Department Store,    N56 W17000 Ridge Wood Drive,
             Menomonee Falls, WI 53051-5660
7803812    +EDI: RESURGENT.COM May 02 2007 23:14:00      Sherman Acquisition LP,    Resurgent Capital Services,
             PO Box 10587,    Greenville, SC 29603-0587
7695755    +EDI: RESURGENT.COM May 02 2007 23:14:00      Sherman Acquistions,    P.O. Box 740281,
             Houston, TX 77274-0281
7814412    +EDI: ECAST.COM May 02 2007 23:14:00      eCast Settlement Corporation,    PO Box 35480,
             Newark, NJ 07193-5480
                                                                                                TOTAL: 14

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Kohl's Department Store
                                                                                                TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: froman           Page 2 of 2            Date Rcvd: May 02, 2007
Case: 04-02341                Form ID: b18w          Total Served: 33

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 04, 2007**          **Signature:** _Joseph Speetjens_