IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wichert, David | Case Number: 04 B 02341 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 8/28/07 | Filed: 1/21/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:　　Completed: July 9, 2007
Confirmed: March 18, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 17,706.32 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 13,485.30 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,400.00 |
| Trustee Fee: |  | 897.49 |
| Other Funds: |  | 923.53 |
| Totals: | 17,706.32 | 17,706.32 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,400.00 | 2,400.00 |
| 2. | B-First | Unsecured | 341.42 | 438.68 |
| 3. | Resurgent Capital Services | Unsecured | 1,049.21 | 1,348.13 |
| 4. | Resurgent Capital Services | Unsecured | 798.67 | 1,026.65 |
| 5. | Ford Motor Credit Corporation | Unsecured | 4,062.94 | 5,200.70 |
| 6. | Kohl's/Kohl's Dept Stores | Unsecured | 195.55 | 251.12 |
| 7. | ECast Settlement Corp | Unsecured | 267.20 | 351.97 |
| 8. | American General Finance | Unsecured | 640.14 | 822.86 |
| 9. | Collins Financial Services Inc | Unsecured | 2,908.85 | 3,737.53 |
| 10. | T Mobile | Unsecured | 239.39 | 307.66 |
| 11. | Wichert, David | Secured |  | No Claim Filed |
| 12. | Comcast | Unsecured |  | No Claim Filed |
| 13. | Cub Foods | Unsecured |  | No Claim Filed |
| 14. | ICS | Unsecured |  | No Claim Filed |
| 15. | C B USA | Unsecured |  | No Claim Filed |
| 16. | T Mobile | Unsecured |  | No Claim Filed |
| 17. | Midwest Oral & Maxillofacial | Unsecured |  | No Claim Filed |
| 18. | Quest Diagnostics Inc | Unsecured |  | No Claim Filed |
| 19. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 20. | Sears Family Dental | Unsecured |  | No Claim Filed |
| 21. | National City Bank | Unsecured |  | No Claim Filed |
| 22. | Professional Account Services | Unsecured |  | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 12,903.37 | $ 15,885.30 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Wichert, David

Printed:  8/28/07

Case Number:  04 B 02341
Judge:  Wedoff, Eugene R
Filed:  1/21/04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7%   | 86.43 |
| 4%   | 38.88 |
| 6.5% | 339.51 |
| 3%   | 39.69 |
| 5.5% | 236.10 |
| 5%   | 63.64 |
| 4.8% | 73.89 |
| 5.4% | 19.35 |
|      | _____ |
|      | $ 897.49 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_